IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEONARDO RAMOS RODRIQUES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:15-cv-387(MTT) |
| ) | |
| BRUCE CHATMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the due process and general conditions of confinement claims against Defendants Bruce Chatman, Rodney McCloud, William Powell, Rufus Logan, Rick Jacobs, and Dwayne Williams to go forward but recommends dismissing any separate deliberate indifference claims based on an alleged denial of medical or dental care or exposure to extreme weather conditions during outside recreation. (Doc. 9). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims based on any alleged denial of medical or dental care

-2-

or exposure to extreme weather conditions during outside recreation are **DISMISSED without prejudice**.[1]

      **SO ORDERED,** this 21st day of June, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because the Plaintiff's amended complaint clearly identifies his Eighth Amendment claim as "totality of confinement conditions," it does not appear that the Plaintiff is attempting to bring a deliberate medical indifference claim. (Doc. 8 at 26). His complaint does not mention any specific denial of medical or dental care that would be barred by the two-year statute of limitations.